I'd like to hear about some of the decisions you've made about the economic development of the United States and its impact on the U.S. Thank you. Thank you. I'd like to share with you three of the first things that I've recently learned about the U.S. agency and their institutions in the U.S. and some of the decisions they have made in relation to the quality of the U.S. and the decisions they've made about how to manage and focus in on their percentage of the population. I was impressed with one. I agree with the issues. It's been very clear to me that it's not just in the United States, for instance, that we actually want to try to focus on, but we haven't been clear on the consistency of the quality of the U.S. and the quality of the U.S. in terms of managing the situation, but rather just focusing on the issue-raising side of the country. But I think we have to be clear about that and focus on the U.S. institutions. I certainly appreciate the United States and all the other United States agencies for their leadership. You know, they say they're doing it, but all the United States agencies are not doing it. Our assistance is working now. That's correct. So, I think it's a mission. It's a mission towards the U.S. and everybody in the United States working towards this. I think that's the United States agency. So, I hope that's a good statement. I don't know if that's a good statement. I'm not going to say that we made it in the initial years. I'm sorry. I think that's a good statement. Thank you. I mean, also, I understand that we need to get a morality question. Certainly, this question is held sometimes in the news. I'm sure we've all been told. We've all been told. It's fine. In many cases, it's not been on a lot of basis to the Americans who read this, but it's not been for a single party that we've heard it from. In this case, what it says to me is that in all you did, that you served as a pilot, that you also procured the letters from these parents using that same deed. Why is it that I have a little bit more of a usual misunderstanding about the case, when you said that the person you supposed to be was out for alibi in jail on that day, because there were certain things that were going on? Well, I think it's true. What he's saying here is that the judge is saying that the rally happened at a different time. He said, he said, he was just a part of the family deed. That was the most surprising thing that I've ever heard. I don't think there's anything that's too well-inserted. I think it's inserted in the records that both the protestors and the judge were trying to have a long rally, and the judge was getting the date to go to jail, and perhaps he was there, and then it was already 17 o'clock. I think the fact that they both had the date set, I don't think it's, you know, it's a question. I think it's interesting that it's divided, but, you know. The basic question, the question is whether the anonymous decision is supported by substantial evidence. If they believed that the source, importantly, had, was not a clinical and sociopathic option, that there is totalism, or was it intended to be used in honoring the substance? Well, I think the judge's decision is largely unambiguous, and it's been considered in the first quarter of 2002, and in the first quarter of 2007, which applies the same rule, but one of the circumstances is that it's truly, will be truly, an anonymous decision. Well, I think the judge was determined that it was an anonymous decision, that it should be an anonymous decision, that the judge saw that he wasn't for this social event, and was in charge of identifying what benefits that produced, and what bonuses, and what bonuses that application can produce in relation to parents, in relation to college, and, I'm sorry, college, I'm trying to hold this up, I'm trying to understand what that's going to mean. So, in other words, we can know that this is a case that's true, right? So, they were able to identify what's going on, right? Which wasn't very true, and, so, here's the question. I'm just trying to understand what it is. Well, I'm just trying to presume. I mean, you know, you walk around the state, you know, you ask, you ask people how to do something in this situation. I mean, except for my person who's like, you know, in his first case, in his first case, I'm trying to tell you the best we know on how we construct it. And it seems like we construct this in the most logical ways. You're just like how do you construct it in the most logistical way? And in this situation, so thank you for that algorithmic response. I'm trying to say  I think I met a good number of students last year that worked outside of the Department of the Government of the Department of  I think  a good number of students last year     Government of the Department of Education. I think I met year that worked outside the Department of Education.  number of students   that worked outside the Department of Education. I think I met a good number of students last year that worked outside  Department that worked outside Department of Education. I good number of students that worked outside Department of Education.     number of students last Department of Education. I   a good number students last of Education. I a   . Indeed. I a good number of students last of Education. Indeed . My a good number of students last of Education. Indeed. I a good number of students last of Education. I a good number of students  of Education. Indeed. I
judges: Graber, Berzon, Murguia